# Exhibit 7

Expiration Data: 4/17/2018

EOUs Date: March 2016

Charted Claims:

Method: 27,28,31

| US62266271 | Box ("The accused instrumentality") |
|---|---|
| 27. A method for constructing a software system, comprising: | The accused instrumentality , in internal testing and usage, practices  constructing a software system (e.g., Box softwares as well as other applications created based on Box APIs). |



https://web.archive.org/web/20160101075637/https://www.box.com/



https://web.archive.org/web/20150923114227/https://www.box.com/business/platform/



https://web.archive.org/web/20151226090008/https://developers.box.com/

## Box Content

The Box Content API lets you take advantage of best-in-class content management and collaboration features to power or customize your business apps.

- **Built for Business** Use the Content API to integrate with existing systems, automate work processes and build custom apps on the same enterprise grade API that powers the Box application.

- **Highly Secure** With support for single sign-on, file encryption in transit and at rest, built-in granular permissions and access settings, you can focus on innovation instead of worrying about security.

- **Delivering Intelligence** Leverage audit data and event notifications to view, analyze and react to what's happening in your account, organization or app in real-time.

Learn more about the Content API ›

https://web.archive.org/web/20150923114227/https://www.box.com/business/platform/

## Overview

### Content API Basics

The Box Content API gives you access to secure content management and content experience features for use in your own app. It strives to be RESTful and is organized around the main resources you're familiar with from the Box web interface.

Before you do anything, you should create a free Box account that you can test the API against and register for an API key so that you can make API calls.

If you are building custom applications and wish to leverage the Box Content API without requiring a Box account, you will need to use Box Platform. You can find a tutorial for building with Box Platform here.

If you are building custom applications for users with a Box account, you can follow the authentication instructions using OAuth 2.

https://web.archive.org/web/20160324113854/https://box-content.readme.io/reference



https://www.box.com/resources/downloads

| | |
|---|---|
| defining a plurality of actions; | The accused product practices defining a plurality of actions (e.g., update file, download file, lock file, etc.). |

# Update File

Uploading a new file version is performed in the same way as uploading a file. This method is used to upload a new version of an existing file in a user's account. Similar to regular file uploads, these are performed as multipart form uploads. An optional `If-Match` header can be included to ensure that client only overwrites the file if it knows about the latest version. The filename on Box will remain the same as the previous version. To update the file's name, use `PUT /files/{id}`

`POST` https://upload.box.com/api/2.0/files/FILE_ID/content

## Form Data

**If-Match**
string

*This is in the 'etag' field of the file object.*

Note that uploads are handled through https://upload.box.com.

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#upload-a-new-version-of-a-file

# Download File

Retrieves the actual data of the file. An optional version parameter can be set to download a previous version of the file.

`GET` /files/**FILE_ID**/content

## Query Params

**Range**
string

The *range* value in bytes. Format should be `bytes={start_range}-{end_range}`

**version**
string

*The ID specific version of this file to download.*

**BoxApi**
string

*The shared link for this item. Format should be* `shared_link=SHARED_LINK`

https://web.archive.org/web/20160324113854mp_/https://box-content.readme.io/reference#page-download-a-file

# Lock and Unlock

To lock and unlock files, you execute a PUT operation on the /files/{file id} endpoint and set or clear the lock properties on the file.

 /files/**FILE_ID**

## Form Data

| | | |
|---|---|---|
| **lock** object | REQUIRED | *The lock object* |
| **type** string | REQUIRED | *Child of* `lock` *. Can be* `lock` *or* `unlock` *.* |
| **expires_at** timestamp | | *Child of* `lock` *. The time the lock expires.* |
| **is_download_preven...** boolean | | *Child of* `lock` *. Whether or not the file can be downloaded while locked.* |

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#lock-and-unlock

| | |
|---|---|
| defining a set of storage locations, each storage location having a storage value and at least one associated attribute value;<br><br>[Column:5,6 Line:65-66,1-4]<br><br>***The attributes used to stamp the attribute-stamped storage locations 22-26 can be a time-stamp or any other arbitrary parameter.*** <span style="color:red">***Preferably, the attribute used is a time-stamp T or a***</span> | The accused product practices defining a set of storage locations (e.g., various file/folder storage locations across multiple devices, for example, a smartphone, a laptop, a computer etc., linked to a Box account , each storage location having a storage value (e.g., any metadata corresponding to the storage location) and at least one associated attribute value (e.g., time stamp of latest update corresponding to the updated storage location).<br><br>As shown below, the accused product provides synchronization between files on different devices, for example, computers (e.g., a computer with Windows Chrome with a specific IP address), smartphones (e.g., a smartphone with Box for Android app) , tablets, etc. In order to synchronize files in all of the linked devices, the accused product must know the storage locations of every file on each of the devices where the syncing needs to be performed.<br><br>For example, the accused product on its server, stores files "Test File" at a storage locations provided by the corresponding URL. These files are synced to respective storage locations in all the linked devices.<br><br> |

*computation-stamp as defined below. FIG. 2(b) illustrates a general time-stamped storage location 22.*

[Column: 8 Line:61-64]

*Each location has a value which may be undefined. The stamps 211, 213, 231, 233 and 251, respectively, are associated with the locations 210, 212, 230, 232, and 250.*



https://www.box.com/resources/downloads



https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#file-object

# Get all metadata

Used to retrieve all metadata associated with a given file

 /files/FILE_ID/metadata/

## Returns

An array of metadata template instances associated with the file.

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#get-all-metadata



| associating, for each action, at least two of the plurality of storage locations with that action; and | The accused product practices associating, for each action (e.g., update file, download file, lock file, etc.), at least two of the plurality of storage locations (e.g., storage locations corresponding to a file at linked devices) with that action (e.g., update file, download file, lock file, etc.).<br><br>As shown below, the accused product allows the syncing of any modification/update/download/lock across all devices. In order for this to happen, each action, for example, modification/update/download/lock should be associated with storage locations on all devices corresponding to the file on which action is performed to ensure that any modification/update/download/lock gets reflected on all linked devices. |
| --- | --- |





## Anytime, anywhere access

File sharing in the cloud creates flexibility in the way you share and view both small and large online files. Box allows you to send all types of files from your desktop, laptop, or mobile device, from iOS to Android. The recipient of your file can preview, edit, comment, send, or download on any device, too — with or without a Box account.

https://www.box.com/resources/downloads

# Update File

Uploading a new file version is performed in the same way as uploading a file. This method is used to upload a new version of an existing file in a user's account. Similar to regular file uploads, these are performed as multipart form uploads. An optional `If-Match` header can be included to ensure that client only overwrites the file if it knows about the latest version. The filename on Box will remain the same as the previous version. To update the file's name, use `PUT /files/{id}`

`POST`  https://upload.box.com/api/2.0/files/FILE_ID/content

## Form Data

**If-Match**
string

*This is in the 'etag' field of the file object.*

> Note that uploads are handled through https://upload.box.com.

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#upload-a-new-version-of-a-file

# Download File

Retrieves the actual data of the file. An optional version parameter can be set to download a previous version of the file.

`GET` /files/**FILE_ID**/content

## Query Params

**Range**
string

The *range* value in bytes. Format should be `bytes={start_range}-{end_range}`

**version**
string

*The ID specific version of this file to download.*

**BoxApi**
string

*The shared link for this item. Format should be* `shared_link=SHARED_LINK`

https://web.archive.org/web/20160324113854mp_/https://box-content.readme.io/reference#page-download-a-file



https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#lock-and-unlock

| generating a selection rule. | The accused product practices generating a selection rule (e.g., a conflict resolution selection rule to determine which action should prevail over other, for example, lock action prevails over a download action when the setting is so set and a user attempts to download a file which has been locked). |
|---|---|

| | |
|---|---|
| [Column: 8 Line:11-56]<br><br>***This invention preferably uses*** <span style="color:red">***a specific type of selection rule,***</span> ***called a preference policy, that is based on a preference relation that*** <span style="color:red">***specifies if one action is to be preferred over another action.***</span><br><br>[Column: 16 Line:56-60]<br><br>***Instead of a random selection rule,*** <span style="color:red">***the preferred embodiment of this invention*** | do with Box Edit? We've got you covered. **Edit existing files and save changes to the cloud** With Box Edit, you can edit all the file types you already work with – like images, videos, spreadsheets, documents and more – without leaving Box. To make changes while previewing a file, click the Edit button and the file will open in the native application associated with that file type. For example, if you want to edit a .doc file, it will open in Microsoft Word automatically. If you're modifying a .psd file, you're just a click away from working on it in Adobe Photoshop. If you can edit a file on your PC or Mac, you can edit it with Box. Once you're done, click Save within that app and your changes will be saved back to Box automatically. Your latest work goes straight to the cloud, no uploading required! **Create new Microsoft Office files on Box** The New menu option includes a quick way for you to create new Microsoft Word, Excel or PowerPoint files without leaving Box. You'll add a title and the new document will be launched automatically in the associated native application so you can get straight to work. <u>**Use file locking for conflict-free collaboration**</u> With file lock/unlock functionality, you can lock a document to prevent others from making conflicting changes while you're editing. Just remember to unlock when you're finished so your team can continue collaborating as needed.<br><br><br><br>https://blog.box.com/box-edit-with-auto-updates-means-easier-file-editing-forever |

*uses as the selection rule a preference relation that specifies which of any two actions is to be preferred over the other.* **This type of preference relation is represented by a table that is determined once and stored in memory.**

# Lock and Unlock

To lock and unlock files, you execute a PUT operation on the /files/{file id} endpoint and set or clear the lock properties on the file.

 /files/FILE_ID

## Form Data

**lock**
object
REQUIRED
*The lock object*

**type**
string
REQUIRED
*Child of* `lock` *. Can be* `lock` *or* `unlock` *.*

**expires_at**
timestamp
*Child of* `lock` *. The time the lock expires.*

**is_download_preven...**
boolean
*Child of* `lock` *. Whether or not the file can be downloaded while locked.*

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#lock-and-unlock

| | |
|---|---|
| | When you need to make changes to a file, and want to prevent other users from getting to it while you work:<br><br>1. Hover on the file, and click the drop-down arrow to the right of the file name.<br><br>2. Click **Lock File**.<br><br>3. Box displays a pop-up window in which you can check boxes to prevent other users from downloading the file while it is locked, and/or set an expiration time for the lock. To lock the file, click **Continue**.<br><br>4. All done? Save the file in the program you used to edit it – and be sure to use the same file name.<br><br>5. To get the updated file back in Box, hover on the locked file and click the drop-down arrow to the right of the file name, then click **Unlock File**.<br><br>6. To upload your new version, click the drop-down arrow next to the folder and select **Upload New Version**. Box displays a pop-up window, allowing you to select the edited version. Click **Select file**, grab the file from your computer, then to upload and unlock the file, click **Upload**.<br><br>https://support.box.com/hc/en-us/articles/360044195193-Collaborate-on-Files |
| 28. The method of claim **27**, wherein the attribute value is a time-stamp representing a time when the storage location was last updated. | The attribute value is a time-stamp representing a time when the storage location was last updated. The file stored at a storage location has the attribute value as time-stamp representing a time when the storage location was last updated. |



| 31. The method of claim **27**, wherein generating the selection rule comprises generating a preference relation. | Generating the selection rule comprises generating a preference relation (e.g., lock action prevails over a download action when the setting is so set and a user attempts to download a file which has been locked). |

# Lock and Unlock

To lock and unlock files, you execute a PUT operation on the /files/{file id} endpoint and set or clear the lock properties on the file.

 /files/FILE_ID

## Form Data

| | |
|---|---|
| **lock**<br>object | REQUIRED<br>*The lock object* |
| **type**<br>string | REQUIRED<br>*Child of* `lock` *. Can be* `lock` *or* `unlock` *.* |
| **expires_at**<br>timestamp | *Child of* `lock` *. The time the lock expires.* |
| **is_download_preven...**<br>boolean | *Child of* `lock` *. Whether or not the file can be downloaded while locked.* |

https://web.archive.org/web/20160324113854if_/https://box-content.readme.io/reference#lock-and-unlock

do with Box Edit? We've got you covered. **Edit existing files and save changes to the cloud** With Box Edit, you can edit all the file types you already work with – like images, videos, spreadsheets, documents and more – without leaving Box. To make changes while previewing a file, click the Edit button and the file will open in the native application associated with that file type. For example, if you want to edit a .doc file, it will open in Microsoft Word automatically. If you're modifying a .psd file, you're just a click away from working on it in Adobe Photoshop. If you can edit a file on your PC or Mac, you can edit it with Box. Once you're done, click Save within that app and your changes will be saved back to Box automatically. Your latest work goes straight to the cloud, no uploading required! **Create new Microsoft Office files on Box** The New menu option includes a quick way for you to create new Microsoft Word, Excel or PowerPoint files without leaving Box. You'll add a title and the new document will be launched automatically in the associated native application so you can get straight to work. **Use file locking for conflict-free collaboration** With file lock/unlock functionality, you can lock a document to prevent others from making conflicting changes while you're editing. Just remember to unlock it when you're finished so your team can continue collaborating as needed.



https://blog.box.com/box-edit-with-auto-updates-means-easier-file-editing-forever

When you need to make changes to a file, and want to prevent other users from getting to it while you work:

1. Hover on the file, and click the drop-down arrow to the right of the file name.

2. Click **Lock File**.

3. Box displays a pop-up window in which you can check boxes to prevent other users from downloading the file while it is locked, and/or set an expiration time for the lock. To lock the file, click **Continue**.

4. All done? Save the file in the program you used to edit it – and be sure to use the same file name.

5. To get the updated file back in Box, hover on the locked file and click the drop-down arrow to the right of the file name, then click **Unlock File**.

6. To upload your new version, click the drop-down arrow next to the folder and select **Upload New Version**. Box displays a pop-up window, allowing you to select the edited version. Click **Select file**, grab the file from your computer, then to upload and unlock the file, click **Upload**.

https://support.box.com/hc/en-us/articles/360044195193-Collaborate-on-Files