# Exhibit 9

Expiration Date: 8/31/2018 (The patent talks about extension of 377 days; need to check)
EOU date: February 2015
Charted Claim:
Method: 6

| US7086000 | Box ("The accused instrumentality") |
|---|---|
| 6. In a document management system containing a plurality of documents, a method of managing the documents including a first document and a second document which are related to each other and are identified by a location path and name, the method comprising: | The accused instrumentality is a document management system containing a plurality of documents (e.g., various files, associated comment files, etc.), a method of managing the documents including a first document (e.g., an image titled "mountains") and a second document (e.g., a comment file associated with the image, which is separate from the image file) which are related to each other and are identified by a location path (e.g., URL) and name (e.g., file name).<br><br><br><br>https://www.box.com/home |



Shown below are also another set of a plurality of documents.







| | |
|---|---|
| | https://blog.box.com/new-feature-comment-on-box-without-leaving-your-inbox#:~:text=Here's%20how%20it%20works%3A%20When,comment%20and%20click%20%22send.%22 |
| associating a path tag to the first document which identifies the first document; | The accused instrumentality practices associating a path tag (e.g., 718721554965) to the first document (e.g., the image file) which identifies the first document (e.g., the image file). |

|  |  |
|---|---|
| associating the path tag to the second document as a property | The accused instrumentality practices associating the path tag (e.g., 718721554965) to the second document (e.g., comment file) as a property (e.g., attached comments) representing a relationship to the first document (e.g., the image). |

| | |
|---|---|
| representing a relationship to the first document; and |  |
| retrieving both the first and second documents by a single query based on the path tag, wherein each | The accused instrumentality practices retrieving both the first (e.g., the image) and second documents (e.g., the comment file corresponding the image) by a single query (e.g., a single query with URL= https://app.box.com/file/718721554965 , in a browser, "GET" method is used to retrieve a content with URL as input query) based on the path tag (e.g., 718721554965), wherein each of the plurality of documents refer to particular content (e.g., content of the files) of the plurality of documents and to properties attached to the content of the plurality of documents, and wherein the properties may be static or active properties.

As shown below, the documents are attached with a static property in terms name value pair. For example, this |

| | |
|---|---|
| of the plurality of documents refer to particular content of the plurality of documents and to properties attached to the content of the plurality of documents, and wherein the properties may be static or active properties;<br><br>*Active Property: A property in which code allows the use of computational power to either alter the document or effect* | document has name value pair as (name=permission, value=view)<br><br>**HTTP request methods**<br><br>Web technology for developers > HTTP > HTTP request methods<br><br>**On this Page**<br>Specifications<br>Browser compatibility<br>See also<br><br>**Related Topics**<br>**HTTP**<br>Guides:<br>► Resources and URIs<br><br>HTTP defines a set of **request methods** to indicate the desired action to be performed for a given resource. Although they can also be nouns, these request methods are sometimes referred to as *HTTP verbs*. Each of them implements a different semantic, but some common features are shared by a group of them: e.g. a request method can be safe, idempotent, or cacheable.<br><br>**GET**<br>The `GET` method requests a representation of <u>the specified resource</u>. Requests using `GET` should only retrieve data.<br><br>**HEAD**<br>The `HEAD` method asks for a response identical to that of a `GET` request, but without the response body. |

| | |
|---|---|
| *another change within the document management system.* *Static Property: A name-value pair associated with the document.* |  |



| | |
|---|---|
|  | |
| wherein the static property defines | The accused instrumentality practices static property defines parameters for the desired document configuration (e.g., parameter for document accessibility; "viewer"); and, the active properties invoke the executable code for the desired document management system configuration in response to a triggering event. |

| | |
|---|---|
| parameters for the desired document configuration; and, the active properties invoke the executable code for the desired document management system configuration in response to a triggering event. | The static property defines parameters for the desired document configuration (e.g., parameter for document accessibility; "viewer" for a specific user); and, the active properties invoke the executable code for the desired document management system configuration in response to a triggering event.<br><br>As shown below, when a user with whom the image is shared retrieves the image, the image and associated comment file gets retrieved, based on the permission assigned to the user, for example, when the permission is set to view, the user can't change the name of the image file and but can respond to the comments in the comment file. The change in the comment file is effectuated by invoking an executable code.<br><br>**Collaborators in corsica map.png**         Filter Collaborators     Mail<br><br>| Name | Email Address | Permissions | Date Added | Added To |<br>|---|---|---|---|---|<br>| TT Travis | travisadam999@gmail.com | Owner | Sep 14, 2020 | corsica map.png |<br>| HH habem28276@keinmail.com | habem28276@keinmail.com | Pending ▾ | Sep 14, 2020 | corsica map.png |<br>| DD dokax58512@cyberper.net | dokax58512@cyberper.net | Pending ▾ | Sep 14, 2020 | corsica map.png |<br>| JJ jamesgood@gmail.com | jamesgood@gmail.com | Viewer ▾ | Sep 14, 2020 | corsica map.png | |

